UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LEE SALAZAR, Secretary, U.S. Department of the Interior; et al.,<br><br>Defendants. | Case No. 2:12-CV-03021 JAM-AC<br><br>**RELATED CASE ORDER** |
| UNITED ALUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH LEE SALAZAR, Secretary, U.S. Department of the Interior, et al.,<br><br>Defendants. | Case No. 2:13-CV-00064 MCE-KJN |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of

1

judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:13-CV-00064 MCE-KJN, be reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:13-CV-00064 JAM-AC.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: January 16, 2013.

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge