UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>           Plaintiff,<br><br>      v.<br><br>KENNETH SALAZAR, Secretary of the Interior, et al.,<br><br>           Defendants. | No.  2:12-CV-3021-JAM-AC |
| UNITED AUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA<br><br>           Plaintiff,<br><br>      v.<br><br>KENNETH SALAZAR, et al.,<br><br>           Defendants. | No. 2:13-CV-64-JAM-AC<br><br>**ORDER CONSOLIDATING CASES** |
| CITIZENS FOR A BETTER WAY, et al.,<br><br>           Plaintiffs,<br><br>      v. | |

1

| | |
|---|---|
| 1 | UNITED STATES DEPARTMENT OF THE INTERIOR, et al., |
| 2 | |
| 3 |             Defendants. |
| 4 | |

    Currently pending before the Court are numerous motions and filings by all parties in these related cases, Nos. 12-CV-3012-JAM-AC and 13-CV-64-JAM-AC.  The Court is convinced that these cases should be consolidated pursuant to Fed. R. Civ. P. 42(a) because both cases concern Defendants' decision to accept the same land into trust.  Accordingly, the Court sua sponte orders these cases consolidated.  In re Adams Apple, Inc., 829 F.2d 1484, 1487 (9th Cir. 1987); see also In re Apple & AT & TM Antitrust Litig., No. C 07-05152 JW, 2008 WL 1766761, 1, Slip Copy (N.D. Cal. Apr. 15, 2008).  The Clerk is ordered to consolidate these cases under case number 2:12-CV-3021-JAM-AC and to administratively close case number 2:13-CV-64-JAM-AC.

    Plaintiffs United Auburn Indian Community of the Auburn Rancheria ("UAIC") filed an Ex Parte Motion for Reconsideration (Doc. # 48) of the Court's January 17, 2013 minute order (Doc. # 39).  The Motion for Reconsideration is DENIED because the Court has broad discretion to manage its docket and scheduling procedures.  UAIC also moves the Court for relief from its page limitations (Doc. # 50), and that motion is also DENIED.

    Also pending before the Court is UAIC's Motion for a Temporary Restraining Order (Doc. # 49).  Defendants may file a consolidated opposition not to exceed 25 pages no later than 12:00 PM on Friday, January 25, 2013 to both UAIC's TRO and the

1  TRO filed by the other group of Plaintiffs on January 15, 2013
2  (Doc. # 24).  Plaintiffs may each file one reply or one joint
3  reply, neither to exceed 10 pages, no later than Tuesday January
4  29, 2013.  The previous briefing schedule set by minute order
5  (Doc. # 40) is accordingly vacated.
6      Finally, the Court notes that the parties have filed a large
7  number of sometimes repetitive items in these cases.  The Court
8  recognizes that the parties are proceeding with a sense of
9  urgency, but the reality of the Court's docket and trial schedule
10 requires a logical and orderly resolution of the complicated
11 issues raised in this litigation.  The Court is currently in
12 trial and has two additional trials set for January 28, 2013 and
13 February 11, 2013.  The parties should be aware that the Eastern
14 District of California is the most impacted court in the country
15 and that its judges currently carry the highest weighted case
16 load in the country.
17     The Court will therefore consider the pending TRO motions
18 first and order a hearing on those motions only if it is deemed
19 necessary.  The remaining motions will be heard on March 20,
20 2013, including Proposed Intervenor Estom Yumeka Maidu Tribe of
21 the Enterprise Rancheria, California's Motion to Intervene (Doc.
22 # 13).  If the parties want to resolve their disputes on an
23 expedited basis, they can do so through agreement and
24 stipulation.  Otherwise, the Court will proceed as quickly as its
25 heavy case load and trial schedule allow.  IT IS SO ORDERED.
26
27 Dated: January 22, 2013
28
                                    _____
                                    JOHN A. MENDEZ,
                                    UNITED STATES DISTRICT JUDGE

3