1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11 **SACRAMENTO DIVISION**

| | |
|---|---|
| 12 CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a 13 federally recognized Indian Tribe, | ) CASE NO.: 2:12-CV-03021-JAM-AC ) ) **STIPULATION AND ORDER** |
| | ) **GOVERNING FURTHER** |
| 14 Plaintiff, | ) **PROCEEDINGS** ) |
| 15 vs. | ) ) |
| 16 KENNETH SALAZAR, Secretary of the Interior; KEVIN WASHBURN, Assistant Secretary of the 17 Interior - Indian Affairs; MICHAEL BLACK, Director, United States Bureau of Indian Affairs; 18 and AMY DUTSCHKE, Director, Pacific Region, Bureau of Indian Affairs, | ) ) ) ) ) ) |
| 19 | ) |
| Defendants. | ) |
| 20 | ) ) |
| 21 UNITED AUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA, | ) ) |
| 22 | ) ) |
| Plaintiff, | ) |
| 23 | ) ) |
| vs. | ) |
| 24 | ) |
| KENNETH SALAZAR, Secretary of the Interior, 25 *et al.*, | ) ) ) |
| 26 Defendants. | ) ) |
| 27 | ) |
| 28 | ) |

| | | |
|---|---|---|
| 1 | STAND UP FOR CALIFORNIA!, GRASS VALLEY NEIGHBORS, WILLIAM F. | ) |
| 2 | CONNELLY, JAMES M. GALLAGHER, ANDY VASQUEZ, DAN LOGUE, ROBERT | ) ) |
| 3 | EDWARDS, and ROBERTO'S RESTAURANT, | ) ) |
| 4 |            Plaintiffs, | ) ) |
| 5 |      vs | ) ) |
| 6 | . UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*. | ) ) ) |
| 7 |            Defendants | ) ) |
| 8 | | |

9

10        The parties, plaintiffs CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA

11   INDIAN COMMUNITY ("Colusa"), UNITED AUBURN INDIAN COMMUNITY OF THE

12   AUBURN RANCHERIA ("Auburn"), CITIZENS FOR A BETTER WAY, ET AL. ("Citizens"), and

13   defendants THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA

14   CALIFORNIA ("Enterprise"), and DEFENDANTS KENNETH A. SALAZAR, ET AL. ("Federal

15   Defendants"), hereby stipulate and request that the Court issue the following order to govern further

16   proceedings in these consolidated cases.

17        1.      Plaintiffs' motions for Preliminary Injunction shall be taken off the Court's March 20,

18   2013 calendar.

19        2.      The notice period to which Enterprise has committed (referenced on pages 9-10 of the

20   Court's January 30 Order, Doc. #57) shall be increased from 30 days to 60 days.

21        3.      Upon receipt of such notice from Enterprise that activity will commence at the

22   Proposed Site, Plaintiffs shall have fifteen days to file any motion(s) for injunctive relief, and shall

23   seek to calendar any hearing on the motion within 60 days of receipt of such notice.

24        4.      Federal Defendants shall lodge the certified Administrative Record with the Court on

25   or before May 17, 2013.  The Parties may by agreement extend said deadline, which agreement shall

26   not be unreasonably withheld.  Any objections to, including motions to supplement, the

27   Administrative Record shall be filed on or before the 60th day following lodging of the certified

28   Administrative Record.  The Parties shall meet and confer to resolve conflicts pertaining to the

1   Administrative Record, if any, prior to filing motions with the Court, which motion(s) shall be

2   calendared on the earliest available date.

3         5.      Plaintiffs' Motion(s) for Summary Judgment shall be filed on or before the later of 60

4   days after the lodging of the certified Administrative Record, or 30 days after resolution by the Court

5   of any objections to, including motions to supplement, the Administrative Record.  Plaintiffs shall

6   calendar the hearing on their Motion(s) for Summary Judgment on the first available hearing date on

7   or after the 90th day following filing of the last-filed Motion for Summary Judgment.  Federal

8   Defendants' Combined Cross-Motion(s) for Summary Judgment and Opposition(s) to Plaintiffs'

9   Motion(s) for Summary Judgment shall be filed no later than 30 days after the last-filed Motion for

10  Summary Judgment.  Plaintiffs' Combined Opposition(s) to Defendants' Cross-Motion for Summary

11  Judgment and Reply(ies), if any, in support of their Motion(s) for Summary Judgment shall be filed

12  no later than 30 days thereafter.  Federal Defendants' Reply(ies), if any, in support of their

13  Cross-Motion(s) for Summary Judgment shall be filed no later than 14 days thereafter.

14        6.      Enterprise shall be entitled to file its Combined Cross-Motion(s) for Summary

15  Judgment and Opposition(s) to Plaintiffs' Motion(s) for Summary Judgment and Reply(ies), if any, in

16  support of its Motion(s) For Summary Judgment on the same schedule as Federal Defendants.

17  Enterprise shall be subject to the limits set forth in the Parties' February 8, 2013 Joint Status Report

18  (Doc. #61), as approved in the Court's February 12, 2013 Minute Order (Doc. #64).

19        7.      The Parties are exempt from filing initial disclosures under Federal Rule of Civil

20  Procedure 26(a)(1) because this is an action for review on an administrative record without prejudice

21  to any objections the Parties may have to the Administrative Record.

22        8.      All non-dispositive motions shall be presented to the assigned Magistrate Judge for

23  resolution.

24  ///

25  ///

26  ///

27  ///

28  Dated: February 26, 2013                    Respectfully Submitted,

1

2                                        /s/ George Forman
                                         GEORGE FORMAN
3                                        FORMAN & ASSOCIATES
                                         4340 Redwood Hwy, Suite E352
                                         San Rafael, CA  94903
4                                        Tel: (415) 491-2310
                                         Facsimile: (415) 291-2313
5                                        george@gformanlaw.com

6                                        Attorneys for Plaintiff the CACHIL DEHE BAND OF
                                         WINTUN INDIANS OF THE COLUSA INDIAN
7                                        COMMUNITY

8
                                         /s/ Thomas F. Gede
9                                        THOMAS F. GEDE
                                         BINGHAM MCCUTCHEN LLP
10                                       980 9th Street, Suite 2140
                                         Sacramento, CA  95814
11                                       -and-
                                         3 Embarcadero Center
12                                       San Francisco, CA 94111
                                         Tel: (415) 393-2132
13                                       Facsimile: (415) 262-9213
                                         tom.gede@bingham.com
14
                                         Attorneys for Plaintiff the UNITED AUBURN INDIAN
15                                       COMMUNITY OF THE AUBURN RANCHERIA

16                                       /s/ Benjamin S. Sharp
                                         BENJAMIN S. SHARP (pro hac vice)
17                                       PERKINS COIE LLP
                                         700 13th Street, N.W. Suite 600
18                                       Washington, DC  20005
                                         Tel: (202) 434-1615
19                                       Facsimile: (202) 654-6211
                                         bsharp@perkinscoie.com
20
                                         Attorneys for Plaintiffs CITIZENS FOR A BETTER
21                                       WAY, et al.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///
                                         IGNACIA S. MORENO
28                                       Assistant Attorney General

STIPULATION AND [PROPOSED] ORDER
GOVERNING FURTHER PROCEEDINGS              4                  Case No. 2:12-cv-03021-JAM-AC

/s/ Peter Kryn Dykema
PETER KRYN DYKEMA
STEVEN E. MISKINIS
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC  20044-0663
Tel: (202) 305-0436
Facsimile: (202) 305-0506
peter.dykema@usdoj.gov

Attorneys for the FEDERAL DEFENDANTS


/s/ Nicholas C. Yost
NICHOLAS C. YOST
SNR DENTON US LLP
525 Market St., 26th Floor
San Francisco, CA  94105
Tel: (415) 882-2440
Facsimile: (415) 882-0300
nicholas.yost@snrdenton.com

Attorneys for Intervenor the
ESTOM YUMEKA MAIDU TRIBE OF THE
ENTERPRISE RANCHERIA, CALIFORNIA


So Ordered.

Dated: 2/28/2013

/s/ John A. Mendez
Hon. John A. Mendez
U.S. District Court Judge