**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH SALAZAR, Secretary of the Interior; KEVIN WASHBURN, Assistant Secretary of the Interior - Indian Affairs; MICHAEL BLACK, Director, United States Bureau of Indian Affairs; and AMY DUTSCHKE, Director, Pacific Region, Bureau of Indian Affairs,<br><br>Defendants, and<br><br>THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA,<br><br>Intervenor Defendant. | CASE NO. 12-CV-03021-JAM-AC<br><br>**STIPULATION AND [PROPOSED] ORDER** |

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

| | |
|---|---|
| 1 | UNITED AUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| | KENNETH SALAZAR, et al., |
| 5 | Defendants, and |
| 6 | THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA, |
| 7 | |
| 8 | Intervenor Defendant. |

| | |
|---|---|
| 9 | |
| 10 | CITIZENS FOR A BETTER WAY, STAND UP FOR CALIFORNIA!, GRASS VALLEY NEIGHBORS, WILLIAM F. CONNELLY, JAMES M. GALLAGHER, ANDY VASQUEZ, DAN LOGUE, ROBERT EDWARDS, and ROBERTO'S RESTAURANT |
| 11 | |
| 12 | |
| 13 | Plaintiffs, |
| 14 | v. |
| 15 | UNITED STATES DEPARTMENT OF THE INTERIOR, et al. |
| 16 | Defendants, and |
| 17 | THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA, |
| 18 | Intervenor Defendant.. |

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Plaintiff CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY ("Colusa"), Defendant ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA CALIFORNIA ("Enterprise"), and Defendants KENNETH A. SALAZAR, *ET AL.* ("Federal Defendants") (collectively, the "Parties"), hereby stipulate and request that the Court issue the following order regarding Enterprise's Motion to Quash (ECF No. 52) and Colusa's Motion to Strike (ECF Nos. 37 and 70).

1. The Parties agree that neither of the following two documents is presently before the Court: (a) Declaration of Glenda Nelson in Support of Motion of the Estom Maidu Tribe of the Enterprise Rancheria, California to Intervene (ECF No. 13-3) and (b) Declaration of Glenda Nelson in Support of Proposed Intervenor's [Proposed] Opposition to Plaintiff's Motion for Temporary Restraining Order (ECF No. 28-1). Enterprise and the Federal Defendants agree that they will not rely on either of the two declarations in future proceedings.

2. Colusa shall and hereby does withdraw its Motion to Strike and hereby requests that the Motion to Strike be taken off the Court's March 27, 2013 calendar.

3. Colusa shall and hereby does withdraw its subpoena and notice of deposition of Glenda Nelson.

4. Enterprise shall and hereby does withdraw its Motion to Quash and hereby requests that the Motion to Quash be taken off the Court's March 13, 2013 calendar.

SNR DENTON US LLP

By    */s/ Nicholas C. Yost*
    NICHOLAS C. YOST
    MATTHEW G. ADAMS

Attorneys for Intervenor Defendant
THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA

IGNACIA S. MORENO
Assistant Attorney General

By    */s/ Peter Kryn Dykema*
    PETER KRYN DYKEMA
    STEVEN E. MISKINIS

Attorneys for Defendants
KENNETH SALAZAR, *ET AL.*

FORMAN & ASSOCIATES

By    */s/ Jeff R. Keohane*
    GEORGE FORMAN
    JEFF R. KEOHANE

Attorneys for Plaintiff
CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY

**So Ordered.**

Dated: March 12, 2013

*[signature: Allison Claire]*

ALLISON CLAIRE

UNITED STATES MAGISTRATE JUDGE

27404101\V-1

- 3 -

CASE NO. 12-CV-03021-JAM-AC          STIPULATION AND [PROPOSED] ORDER

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000