# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>*Plaintiff*,<br><br>v.<br><br>SALLY JEWELL, Secretary of the Interior, *et al.*,<br><br>*Defendants*. | CASE NO. 2:12-CV-03021-TLN-AC<br><br>**STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS (DOCKET NO. 69)** |
| UNITED AUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA,<br><br>*Plaintiff*,<br><br>v.<br><br>SALLY JEWELL, Secretary of the Interior, *et al.*,<br><br>*Defendants*. | |

STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS     1     Case No. 2:12-CV-03021-TLN-AC

CITIZENS FOR A BETTER WAY, *et al.*,

   *Plaintiffs*,

   v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

   *Defendants*.

The parties, plaintiffs UNITED AUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA ("UAIC"), CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY ("Colusa"), CITIZENS FOR A BETTER WAY, ET AL. ("Citizens"), and defendants THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA ("Enterprise"), and defendants SALLY JEWELL,[1] ET AL. ("Federal Defendants"), hereby stipulate and request that the Court issue the following order to modify the Stipulation and Order Governing Further Proceedings (Docket No. 69, entered Mar. 4, 2013) ("Stipulated Order") in these consolidated cases:

Paragraph 4 of the Stipulated Order shall be modified to extend the period for filing objections, including motions to supplement, the Administrative Record from 60 to 90 days, to read as follows:

   4.   Federal Defendants shall lodge the certified Administrative Record with the Court on or before May 17, 2013.  The Parties may by agreement extend said deadline, which agreement shall not be unreasonably withheld.  Any objections to, including motions to supplement, the Administrative Record shall be filed on or before the 90th day following lodging of the certified Administrative Record.  The Parties shall meet and confer to resolve conflicts pertaining to the Administrative Record, if any, prior to filing motions with the Court, which motion(s) shall be calendared on the earliest available date.

---

[1]   Sally Jewell replaced Kenneth L. Salazar as Secretary of the Interior on April 12, 2013, and is "automatically substituted" as a defendant in this action.  *See* FED. R. CIV. P. 25(d).

Paragraph 5 of the Stipulated Order shall be modified to extend the period for filing Plaintiffs' Motion(s) for Summary Judgment from 60 to 90 days after the lodging of the certified Administrative Record, to read as follows:

    5.    Plaintiffs' Motion(s) for Summary Judgment shall be filed on or before the later of 90 days after the lodging of the certified Administrative Record, or 30 days after resolution by the Court of any objections to, including motions to supplement, the Administrative Record. Plaintiffs shall calendar the hearing on their Motion(s) for Summary Judgment on the first available hearing date on or after the 90th day following filing of the last-filed Motion for Summary Judgment. Federal Defendants' Combined Cross-Motion(s) for Summary Judgment and Opposition(s) to Plaintiffs' Motion(s) for Summary Judgment shall be filed no later than 30 days after the last-filed Motion for Summary Judgment. Plaintiffs' Combined Opposition(s) to Defendants' Cross-Motion for Summary Judgment and Reply(ies), if any, in support of their Motion(s) for Summary Judgment shall be filed no later than 30 days thereafter. Federal Defendants' Reply(ies), if any, in support of their Cross-Motion(s) for Summary Judgment shall be filed no later than 14 days thereafter.

The remaining provisions of the Stipulated Order shall remain unchanged.

DATED: June 4, 2013

Respectfully submitted,

/s/ *Thomas F. Gede*

Thomas F. Gede (Cal. Bar. No. 99295)
tom.gede@bingham.com
BINGHAM MCCUTCHEN LLP
980 9th Street, Suite 2140
Sacramento, CA 95814
   –AND–
3 Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2132
Facsimile: 415.262.9213

*Counsel for Plaintiff United Auburn Indian Community of the Auburn Rancheria*

|   |   |
|---|---|
| 1 | /s/ *George Forman* (authorized on June 3, 2013) |
| 2 | George Forman (Cal. Bar No. 047822)<br>george@gformanlaw.com |
| 3 | FORMAN & ASSOCIATES<br>4340 Redwood Hwy, Suite E352 |
|   | San Rafael, CA 94903 |
| 4 | Telephone: (415) 491-2310<br>Facsimile: (415) 291-2313 |
| 5 |   |
| 6 | *Counsel for Plaintiff Cachil Dehe Band of Wintun Indians of the Colusa Indian Community* |
| 7 | /s/ *Benjamin S. Sharp* (authorized on May 31, 2013) |
|   | Benjamin S. Sharp (*pro hac vice*) |
| 8 | bsharp@perkinscoie.com<br>PERKINS COIE LLP |
| 9 | 700 13th Street, NW, Suite 600<br>Washington, DC 20005 |
| 10 | Telephone: (202) 434-1615<br>Facsimile: (202) 654-6211 |
| 11 |   |
| 12 | *Counsel for Plaintiffs Citizens for a Better Way, et al.* |
| 13 | /s/ *Peter K. Dykema* (authorized on June 4, 2013) |
| 14 | Peter K. Dykema<br>peter.dykema@usdoj.gov |
|   | Trial Attorney |
| 15 | U.S. Department of Justice<br>Environment and Natural Resources Division |
| 16 | Natural Resources Section<br>P.O. Box 663 |
| 17 | Washington, DC 20044-0663<br>Telephone: (202) 305-0436 |
| 18 | Facsimile: (202) 305-0506 |
| 19 | *Counsel for Federal Defendants* |
| 20 | /s/ *Nicholas C. Yost* (authorized on June 3, 2013) |
|   | Nicholas C. Yost (Cal Bar. No. 35297) |
| 21 | nicholas.yost@snrdenton.com<br>DENTONS US LLP |
| 22 | 525 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| 23 | Telephone: (415) 882-2440<br>Facsimile: (415) 882-0300 |
| 24 |   |
| 25 | *Counsel for Defendant-Intervenor Estom Yumeka Maidu Tribe of the Enterprise Rancheria, California* |
| 26 |   |
| 27 |   |
| 28 | STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS — 4 — Case No. 2:12-CV-03021-TLN-AC |

1     IT IS SO ORDERED.

2 Dated: June 4, 2013

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS     5     Case No. 2:12-CV-03021-TLN-AC