# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>*Plaintiff*,<br><br>v.<br><br>S.M.R. JEWELL, Secretary of the Interior, *et al.*,<br><br>*Defendants*. | CASE NO. 2:12-CV-03021-TLN-AC<br><br>**STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS (DOCKET NOS. 69 AND 82)** |
| UNITED AUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA,<br><br>*Plaintiff*,<br><br>v.<br><br>S.M.R. JEWELL, Secretary of the Interior, *et al.*,<br><br>*Defendants*. | |

STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS              1              Case No. 2:12-CV-03021-TLN-AC

| | |
|---|---|
| CITIZENS FOR A BETTER WAY, *et al.*, | |
| *Plaintiffs*, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | |
| *Defendants*. | |

The parties, plaintiffs UNITED AUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA ("UAIC"), CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY ("Colusa"), CITIZENS FOR A BETTER WAY, ET AL. ("Citizens"), and defendants THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA ("Enterprise"), and DEFENDANTS SALLY JEWELL, ET AL. ("Federal Defendants"), hereby stipulate and request that the Court issue the following order to modify the Stipulation and Order Governing Further Proceedings (Docket No. 69 (entered Mar. 4, 2013), as modified by Docket No. 82 (entered June 5, 2013) ("Stipulated Order")) in these consolidated cases:

Paragraph 4 of the Stipulated Order shall be modified to reflect that Federal Defendants timely lodged the Administrative Record, that Plaintiffs have raised objections regarding the Administrative Record, and that the Parties have agreed to extend the current deadline of August 15, 2013 for filing objections to the Administrative Record to allow for the resolution of those objections, to read as follows:

4. Federal Defendants lodged the Administrative Record with the Court on May 17, 2013 (Docket No. 79). The Citizens Plaintiffs notified Federal Defendants by letter on July 17, 2013 of certain objections to Federal Defendants' Administrative Record. Federal Defendants have agreed to review those objections and to provide Plaintiffs a response to the Citizens' July 17 letter, including lodging of a certified Supplement to the Administrative Record, if necessary, as soon as practicable. Any objections to, including motions to supplement, the

Administrative Record shall be filed on or before the 14th day following Federal Defendants' delivery to Plaintiffs of their response to the Citizens' July 17 letter. Electronic copies of documents, if any, with which Federal Defendants propose to supplement the Administrative Record shall be included in Federal Defendants' response, and the 14-day period for filing objections to the Administrative Record shall not commence until Federal Defendants deliver copies of those documents to Plaintiffs. The Parties shall meet and confer to resolve conflicts pertaining to the Federal Defendants' response, if any, prior to filing motion(s) with the Court, which motion(s) shall be calendared on the earliest available date.

Paragraph 5 of the Stipulated Order shall be modified to read as follows:

5.   Plaintiffs' Motion(s) for Summary Judgment shall be filed on or before the later of 28 days after Federal Defendants' delivery to Plaintiffs of their response, including copies of any documents with which Federal Defendants propose to supplement the Administrative Record, to the Citizens' July 17, 2013 letter or 28 days after resolution by the Court of any objections to, including motions to supplement, the Administrative Record. Federal Defendants shall lodge a certified Supplement to the Administrative Record, if necessary, as soon as practicable after the Court resolves any objections to, including motions to supplement, the Administrative Record. Plaintiffs shall calendar the hearing on their Motion(s) for Summary Judgment on the first available hearing date on or after the 90th day following filing of the last-filed Motion for Summary Judgment. Federal Defendants' Combined Cross-Motion(s) for Summary Judgment and Opposition(s) to Plaintiffs' Motion(s) for Summary Judgment shall be filed no later than 30 days after the last-filed Motion for Summary Judgment. Plaintiffs' Combined Opposition(s) to Defendants' Cross-Motion for Summary Judgment and Reply(ies), if any, in support of their Motion(s) for Summary Judgment shall be filed no later than 30 days thereafter. Federal Defendants' Reply(ies), if any, in support of their Cross-Motion(s) for Summary Judgment shall be filed no later than 14 days thereafter.

The remaining provisions of the Stipulated Order shall remain unchanged.

| | | |
|---|---|---|
| 1 | DATED:  August 12, 2013 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Benjamin S. Sharp*<br>Benjamin S. Sharp (*pro hac vice*)<br>bsharp@perkinscoie.com |
| 4 | | PERKINS COIE LLP<br>700 13th Street, NW, Suite 600 |
| 5 | | Washington, DC 20005<br>Telephone: (202) 434-1615 |
| 6 | | Facsimile: (202) 654-6211 |
| 7 | | *Counsel for Plaintiffs Citizens for a Better Way, et al.* |
| 8 | | |
| 9 | | /s/ *Thomas F. Gede* (authorized on Aug. 9, 2013)<br>Thomas F. Gede (Cal. Bar. No. 99295) |
| 10 | | tom.gede@bingham.com<br>BINGHAM MCCUTCHEN LLP |
| 11 | | 980 9th Street, Suite 2140<br>Sacramento, CA 95814 |
| 12 | | –AND–<br>3 Embarcadero Center |
| 13 | | San Francisco, CA 94111<br>Telephone:  415.393.2132 |
|    | | Facsimile:  415.262.9213 |
| 14 | | |
| 15 | | *Counsel for Plaintiff United Auburn Indian Community of the Auburn Rancheria* |
| 16 | | /s/ *George Forman* (authorized on Aug. 12, 2013) |
| 17 | | George Forman (Cal. Bar No. 047822)<br>george@gformanlaw.com |
|    | | FORMAN & ASSOCIATES |
| 18 | | 4340 Redwood Hwy, Suite E352<br>San Rafael, CA 94903 |
| 19 | | Telephone: (415) 491-2310<br>Facsimile: (415) 291-2313 |
| 20 | | |
| 21 | | *Counsel for Plaintiff Cachil Dehe Band of Wintun Indians of the Colusa Indian Community* |
| 22 | | /s/ *Peter Kryn Dykema* (authorized on Aug. 12, 2013) |
| 23 | | Peter Kryn Dykema<br>peter.dykema@usdoj.gov |
| 24 | | Trial Attorney<br>U.S. Department of Justice |
| 25 | | Environment and Natural Resources Division<br>Natural Resources Section |
| 26 | | P.O. Box 663<br>Washington, DC 20044-0663 |
| 27 | | Telephone: (202) 305-0436 |
| 28 | STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS | 4    Case No. 2:12-CV-03021-TLN-AC |

1 | Facsimile: (202) 305-0506

2 | *Counsel for Federal Defendants*

3 | /s/ *Nicholas C. Yost* (authorized on Aug. 12, 2013)
Nicholas C. Yost (Cal Bar. No. 35297)

4 | nicholas.yost@snrdenton.com
DENTONS US LLP

5 | 525 Market Street, 26th Floor
San Francisco, CA 94105

6 | Telephone: (415) 882-2440
Facsimile: (415) 882-0300

7 |

8 | *Counsel for Defendant-Intervenor Estom Yumeka Maidu Tribe of the Enterprise Rancheria, California*

9 |

10 | So Ordered.

11 | Dated: August 13, 2013

12 | _____
Troy L. Nunley

13 | United States District Judge

---

28 | STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS     5     Case No. 2:12-CV-03021-TLN-AC