UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED AUBURN INDIANCOMMUNITY OF THE AUBURN RANCHERIA,<br><br>Plaintiff<br>v.<br><br>S.M.R. JEWELL, et al.<br><br>Defendants | |
| CITIZENS FOR A BETTER WAY, et al.<br><br>Plaintiffs<br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br>Defendants | Civil No. 2:12-CV-3021-TLN-AC<br>(Consolidated) |
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>S.M.R. JEWELL, et al.,<br><br>Defendants | |

ORDER ON THE PARTIES'
STIPULATION FOR SUBSTITUTION OF ADMINISTRATIVE RECORD

Federal Defendants (S.M.R. Jewell, Secretary of the United States Department of the Interior, Kevin Washburn, Assistant Secretary – Indian Affairs, United States Department of the Interior, Michael Black, Director, Bureau of Indian Affairs, and Amy Dutschke, Pacific Region Director,

1 Bureau of Indian Affairs) have filed a revised administrative record which, among other things, withholds all or portions of two documents inadvertently included in the original administrative record filed with the Court on May 17, 2013.  Federal Defendants explain that the withheld materials are subject to the confidentiality requirements of 16 USC § 470w-3, and that the procedures required by 16 USC § 470w-3 for formal confidentiality determinations are underway.  In order to protect the confidential materials, Federal Defendants, Plaintiffs, and Intervenor Enterprise Rancheria have stipulated to an Order requiring that the revised administrative record and indices, contained on compact discs, be substituted for the originally-filed administrative record, and that the originally-filed CDs be returned to counsel for Federal Defendants in a stamped self-addressed envelope supplied to the Clerk's office by counsel.  Plaintiffs, and Intervenor Enterprise Rancheria, reserve the right to object to or move to supplement the administrative record pursuant to the stipulation and order entered by the Court on August 13, 2013 (Docket No. 85).  The filing periods set forth in paragraphs 4 and 5 of that order shall remain intact and shall not commence until Federal Defendants deliver electronic copies of the revised administrative record to Plaintiffs.

The parties' stipulation is accepted and the Clerk is directed to return the originally-filed administrative record CDs to counsel for Federal Defendants.

Dated: April 14, 2014

Troy L. Nunley
United States District Judge