# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>S.M.R. JEWELL, Secretary of the Interior, *et al.*,<br><br>　　　　*Defendants.* | CASE NO. 2:12-CV-03021-TLN-AC<br><br>**STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS (DOCKET NOS. 69, 82, 85)** |
| UNITED AUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>S.M.R. JEWELL, Secretary of the Interior, *et al.*,<br><br>　　　　*Defendants*. | |
| CITIZENS FOR A BETTER WAY, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　*Defendants.* | |

Plaintiffs UNITED AUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA ("UAIC"), CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY ("Colusa"), CITIZENS FOR A BETTER WAY, ET AL. ("Citizens"), and defendants SALLY JEWELL, ET AL. ("Federal Defendants"), hereby stipulate and request that the Court issue the following order to modify the Stipulation and Order Governing Further Proceedings (Docket No. 69 (entered Mar. 4, 2013), as modified by Docket No. 82 (entered June 5, 2013) and Docket No. 85 (entered August 13, 2013) ("Stipulated Order")) in these consolidated cases.  Counsel for Citizens and counsel for Federal Defendants attempted to contact counsel for Defendant Intervenor the Estom Yumeka Maidu Tribe of the Enterprise Rancheria, California ("Enterprise") regarding this stipulation, but had not heard back from Enterprise by the time of filing.

Paragraph 4 of the Stipulated Order shall be modified to reflect that Federal Defendants lodged an amended Administrative Record with the Court on April 10, 2014, that Plaintiffs have raised objections regarding the amended Administrative Record, and that the Parties have agreed to extend the current deadline of April 28, 2014 for filing objections to the Administrative Record to allow for the resolution of those objections, to read as follows:

4.   Federal Defendants lodged an amended Administrative Record with the Court on April 10, 2014 (*see* Docket No. 86).  The parties have since discovered that the amended Administrative Record and associated index contain errors.  Federal Defendants have agreed to provide Plaintiffs with a corrected version of the amended Administrative Record so that Plaintiffs can conclude their review of the adequacy of the amended Administrative Record.  Any objections to, including motions to supplement, the amended Administrative Record shall be filed on or before the 14th day following Federal Defendants' delivery to Plaintiffs of a corrected amended Administrative Record and index.  The Parties shall meet and confer to resolve conflicts pertaining to the corrected amended Administrative Record, if any, prior to Federal Defendants lodging a corrected version of the amended Administrative Record and

1  Plaintiffs filing motions with the Court, which motion(s) shall be calendared on the earliest
2  available date.
3        Paragraph 5 of the Stipulated Order shall be modified to read as follows:
4        5.    Plaintiffs' Motion(s) for Summary Judgment shall be filed on or before the later
5  of 28 days after the lodging of the corrected amended Administrative Record with the Court, or
6  28 days after resolution by the Court of any objections to, including motions to supplement, the
7  corrected amended Administrative Record.  Federal Defendants shall lodge a certified
8  Supplement to the corrected amended Administrative Record, if necessary, as soon as practicable
9  after the Court resolves any objections to, including motions to supplement, the corrected
10 amended Administrative Record.  Plaintiffs shall calendar the hearing on their Motion(s) for
11 Summary Judgment on the first available hearing date on or after the 90th day following filing of
12 the last-filed Motion for Summary Judgment.  Federal Defendants' Combined Cross-Motion(s)
13 for Summary Judgment and Opposition(s) to Plaintiffs' Motion(s) for Summary Judgment shall
14 be filed no later than 30 days after the last-filed Motion for Summary Judgment.  Plaintiffs'
15 Combined Opposition(s) to Defendants' Cross-Motion for Summary Judgment and Reply(ies), if
16 any, in support of their Motion(s) for Summary Judgment shall be filed no later than 30 days
17 thereafter.  Federal Defendants' Reply(ies), if any, in support of their Cross-Motion(s) for
18 Summary Judgment shall be filed no later than 14 days thereafter.
19       The remaining provisions of the Stipulated Order shall remain unchanged.
20
21 DATED:  April 25, 2014      Respectfully submitted,
22       /s/ *Tyler Welti*
      Tyler Welti
23       twelti@perkinscoie.com
      PERKINS COIE LLP
24       700 13th Street, NW, Suite 600
      Washington, DC 20005
25       Telephone: (202) 654-6214
      Facsimile: (202) 654-6211
26
      *Counsel for Plaintiffs Citizens for a Better Way, et*
27       *al.*
28 STIPULATION AND ORDER TO MODIFY      3      Case No. 2:12-CV-03021-TLN-AC
   ORDER GOVERNING FURTHER
   PROCEEDINGS

| | |
|---|---|
| 1 | |
| 2 | /s/ *Thomas F. Gede* (authorized on Aug. 9, 2013)<br>Thomas F. Gede (Cal. Bar. No. 99295)<br>tom.gede@bingham.com |
| 3 | BINGHAM MCCUTCHEN LLP<br>980 9th Street, Suite 2140 |
| 4 | Sacramento, CA 95814<br>–AND– |
| 5 | 3 Embarcadero Center<br>San Francisco, CA 94111 |
| 6 | Telephone:  415.393.2132<br>Facsimile:  415.262.9213 |
| 7 | |
| 8 | *Counsel for Plaintiff United Auburn Indian Community of the Auburn Rancheria* |
| 9 | /s/ *George Forman* (authorized on Aug. 12, 2013)<br>George Forman (Cal. Bar No. 047822) |
| 10 | george@gformanlaw.com<br>FORMAN & ASSOCIATES |
| 11 | 4340 Redwood Hwy, Suite E352<br>San Rafael, CA 94903 |
| 12 | Telephone: (415) 491-2310<br>Facsimile: (415) 291-2313 |
| 13 | |
| 14 | *Counsel for Plaintiff Cachil Dehe Band of Wintun Indians of the Colusa Indian Community* |
| 15 | /s/ *Peter Kryn Dykema* (authorized on Aug. 12, 2013) |
| 16 | Peter Kryn Dykema<br>peter.dykema@usdoj.gov |
| 17 | Trial Attorney<br>U.S. Department of Justice |
| 18 | Environment and Natural Resources Division<br>Natural Resources Section |
| 19 | P.O. Box 663<br>Washington, DC 20044-0663 |
| 20 | Telephone: (202) 305-0436<br>Facsimile: (202) 305-0506 |
| 21 | |
| | *Counsel for Federal Defendants* |
| 22 | |
| 23 | |
| 24 | So Ordered.<br>Dated: April 29, 2014 |
| 25 | |
| 26 | _____<br>Troy L. Nunley<br>United States District Judge |
| 27 | |
| 28 | STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS     4     Case No. 2:12-CV-03021-TLN-AC |