UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>      *Plaintiff*,<br><br>  v.<br><br>S.M.R. JEWELL, Secretary of the Interior, *et al.*,<br><br>      *Defendants.*<br>―――――――――――――――――――<br>UNITED AUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA,<br><br>      *Plaintiff*,<br><br>  v.<br><br>S.M.R. JEWELL, Secretary of the Interior, *et al.*,<br><br>      *Defendants*.<br>―――――――――――――――――――<br>CITIZENS FOR A BETTER WAY, *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>      *Defendants.* | CASE NO. 2:12-CV-03021-TLN-AC<br><br>**STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS (DOCKET NOS. 69, 82, 85, 91)** |

Plaintiffs UNITED AUBURN INDIAN COMMUNITY OF THE AUBURN RANCHERIA ("UAIC"), CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY ("Colusa"), CITIZENS FOR A BETTER WAY, ET AL. ("Citizens"), defendants SALLY JEWELL, ET AL. ("Federal Defendants"), and defendant intervenor the ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA ("Enterprise") hereby stipulate and request that the Court issue the following order to modify the Stipulation and Order Governing Further Proceedings (Docket No. 69 (entered Mar. 4, 2013), as modified by Docket No. 82 (entered June 5, 2013), Docket No. 85 (entered August 13, 2013), and Docket No. 91 (entered April 30, 2014)) ("Stipulated Order") in these consolidated cases.

Paragraph 4 of the Stipulated Order shall be modified to reflect that Federal Defendants lodged an amended Administrative Record with the Court on April 10, 2014, that Plaintiffs have raised objections regarding the amended Administrative Record, that Federal Defendants have agreed to address those objections, and that the Parties have agreed to extend the current deadline of May 12, 2014 for filing objections to the Administrative Record to allow for the resolution of those objections, to read as follows:

4. Federal Defendants lodged an amended Administrative Record with the Court on April 10, 2014 (*see* Docket No. 86).  The parties have since discovered that the amended Administrative Record and associated index contain errors and that several documents are missing from the amended Administrative Record.  Federal Defendants have agreed to correct those errors and file a certified second amended Administrative Record containing the missing documents.  Any objections to, including motions to supplement, the second amended Administrative Record shall be filed on or before the 7th day following Federal Defendants' delivery to Plaintiffs of a copy of the second amended Administrative Record and index as lodged with the Court.  The Parties shall meet and confer to resolve conflicts pertaining to the second amended Administrative Record, if any, prior to Plaintiffs filing motions with the Court, which motion(s) shall be calendared on the earliest available date.

Paragraph 5 of the Stipulated Order shall be modified to read as follows:

5. Plaintiffs' Motion(s) for Summary Judgment shall be filed on or before the later of 28 days following Federal Defendants' delivery to Plaintiffs of a copy of the second amended Administrative Record and index as lodged with the Court, or 28 days after resolution by the Court of any objections to, including motions to supplement, the second amended Administrative Record. Federal Defendants shall lodge a certified Supplement to the second amended Administrative Record, if necessary, as soon as practicable after the Court resolves any objections to, including motions to supplement, the corrected amended Administrative Record. Plaintiffs shall calendar the hearing on their Motion(s) for Summary Judgment on the first available hearing date on or after the 90th day following filing of the last-filed Motion for Summary Judgment. Federal Defendants' Combined Cross-Motion(s) for Summary Judgment and Opposition(s) to Plaintiffs' Motion(s) for Summary Judgment shall be filed no later than 30 days after the last-filed Motion for Summary Judgment. Plaintiffs' Combined Opposition(s) to Defendants' Cross-Motion for Summary Judgment and Reply(ies), if any, in support of their Motion(s) for Summary Judgment shall be filed no later than 30 days thereafter. Federal Defendants' Reply(ies), if any, in support of their Cross-Motion(s) for Summary Judgment shall be filed no later than 14 days thereafter.

The remaining provisions of the Stipulated Order shall remain unchanged.

DATED: May 9, 2014

Respectfully submitted,

/s/ *Tyler Welti*
Tyler Welti
twelti@perkinscoie.com
PERKINS COIE LLP
700 13th Street, NW, Suite 600
Washington, DC 20005
Telephone: (202) 654-6214
Facsimile: (202) 654-6211

*Counsel for Plaintiff Citizens*

/s/ *Thomas F. Gede* (authorized on May 9, 2014)
Thomas F. Gede (Cal. Bar. No. 99295)
tom.gede@bingham.com
BINGHAM MCCUTCHEN LLP

| | |
|---|---|
| 1 | 3 Embarcadero Center |
| | San Francisco, CA 94111 |
| 2 | Telephone: 415.393.2132 |
| | Facsimile: 415.262.9213 |
| 3 | |
| | *Counsel for Plaintiff UAIC* |
| 4 | |
| | /s/ *George Forman* (authorized on May 9, 2014) |
| 5 | George Forman (Cal. Bar No. 047822) |
| | george@gformanlaw.com |
| 6 | FORMAN & ASSOCIATES |
| | 4340 Redwood Hwy, Suite E352 |
| 7 | San Rafael, CA 94903 |
| | Telephone: (415) 491-2310 |
| 8 | Facsimile: (415) 291-2313 |
| 9 | *Counsel for Plaintiff Colusa* |
| 10 | /s/ *Peter Kryn Dykema* (authorized on May 9, 2014) |
| | Peter Kryn Dykema |
| 11 | peter.dykema@usdoj.gov |
| | Trial Attorney |
| 12 | U.S. Department of Justice |
| | Environment and Natural Resources Division |
| 13 | Natural Resources Section |
| | P.O. Box 663 |
| 14 | Washington, DC 20044-0663 |
| | Telephone: (202) 305-0436 |
| 15 | Facsimile: (202) 305-0506 |
| 16 | *Counsel for Federal Defendants* |
| 17 | /s/ *Matthew Adams* (authorized on May 9, 2014) |
| | Matthew Adams (Cal Bar. No. 35297) |
| 18 | matthew.adams@dentons.com |
| | DENTONS US LLP |
| 19 | 525 Market Street, 26th Floor |
| | San Francisco, CA 94105 |
| 20 | Telephone: (415) 882-0351 |
| | Facsimile: (415) 882-0300 |
| 21 | |
| | *Counsel for Defendant Intervenor Enterprise* |
| 22 | |
| 23 | So Ordered. |
| 24 | Dated: May 13, 2014 |
| 25 | _____ |
| | Troy L. Nunley |
| 26 | United States District Judge |
| 27 | |
| 28 | STIPULATION AND ORDER TO MODIFY ORDER GOVERNING FURTHER PROCEEDINGS    4    Case No. 2:12-CV-03021-TLN-AC |