SAM HIRSCH
Assistant Attorney General
PETER KRYN DYKEMA
STEVEN E. MISKINIS
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C.  20044
(202) 305 0436

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED AUBURN INDIANCOMMUNITY OF THE AUBURN RANCHERIA, ) ) ) Plaintiff ) v. ) ) KENNETH LEE SALAZAR, et al. ) ) Defendants ) _____) ) CITIZENS FOR A BETTER WAY, et al. ) ) Plaintiffs ) v. ) ) UNITED STATES DEPARTMENT OF ) INTERIOR, et al., ) Defendants ) _____) ) CACHIL DEHE BAND OF WINTUN INDIANS ) OF THE COLUSA INDIAN COMMUNITY, ) ) Plaintiff, ) ) v. ) ) KENNETH LEE SALAZAR, et al., ) ) Defendants ) | Civil Action No. 2:12-CV-3021-TLN-AC (Consolidated) **ORDER ON DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |

1  Defendants have moved the Court for an order permitting defendants to file a memorandum of law up to fifty (50) pages in length.

In this consolidated proceeding, each of the three plaintiffs filed a motion for summary judgment on June 24, as provided in the Court's stipulated scheduling Order (ECF 95). Defendants' consolidated memorandum in opposition to plaintiffs' motions and in support of defendants' own motion for summary judgment is due July 24. This Court's Case Management Procedures establish "a page limit on dispositive motions of twenty (20) pages on all initial moving papers, twenty (20) pages on oppositions, and ten (10) pages for replies," and further provide that "[a]ny party wishing to file lengthier documents must first seek relief from said page limitation requirement from the Court."

For the reasons set forth in defendants' motion, that motion is GRANTED, and the Court grants defendants leave to file a consolidated memorandum, in opposition to plaintiffs' three motions for summary judgment and in support of defendants' cross-motion for summary judgment, not to exceed fifty (50) pages.

Dated: July 7, 2014

_____
Troy L. Nunley
United States District Judge