1   SAM HIRSCH
2   Assistant Attorney General
3   PETER KRYN DYKEMA
4   STEVEN E. MISKINIS
5   United States Department of Justice
6   Environment and Natural Resources Division
7   P.O. Box 663
8   Washington, D.C.  20044
9   (202) 305 0436
10
11          **UNITED STATES DISTRICT COURT**
12      **FOR THE EASTERN DISTRICT OF CALIFORNIA**
13
14  UNITED AUBURN INDIANCOMMUNITY          )
15  OF THE AUBURN RANCHERIA,               )
16                                         )
17          Plaintiff                      )
18      v.                                 )
19                                         )
20  KENNETH LEE SALAZAR, et al.            )
21                                         )
22          Defendants                     )
23  _____)
24                                         )
25  CITIZENS FOR A BETTER WAY, et al.      )
26                                         )
27          Plaintiffs                     )   Civil Action No. 2:12-CV-3021-TLN-AC
28      v.                                 )            (Consolidated)
29                                         )
30  UNITED STATES DEPARTMENT OF            )
31  INTERIOR, et al.,                      )
32          Defendants                     )    ┌──────────────────────────┐
33  _____)    │   **ORDER ON FEDERAL**     │
34                                         )   │     **DEFENDANTS'**        │
35  CACHIL DEHE BAND OF WINTUN INDIANS     )   │   **UNOPPOSED MOTION**     │
36  OF THE COLUSA INDIAN  COMMUNITY,       )   │ **FOR LEAVE TO EXCEED**    │
37                                         )   │     **PAGE LIMITS**        │
38          Plaintiff,                     )    └──────────────────────────┘
39                                         )
40      v.                                 )
41                                         )
42  KENNETH LEE SALAZAR, et al.,           )
43                                         )
44          Defendants                     )
45
46

1    Defendants have moved the Court for an order permitting them to file a reply memorandum

2    of law, in support of Federal Defendants' cross-motion for summary judgment and in response to

3    plaintiffs' three memoranda in opposition to that motion, up to twenty (20) pages in length.

4    This Court's Case Management Procedures establish "a page limit on dispositive motions

5    of twenty (20) pages on all initial moving papers, twenty (20) pages on oppositions, and ten (10)

6    pages for replies," and further provide that "[a]ny party wishing to file lengthier documents must

7    first seek relief from said page limitation requirement from the Court."

8    For the reasons set forth in Federal Defendants' motion, that motion is GRANTED, and the

9    Court grants Federal Defendants leave to file a consolidated reply memorandum, in response to

10   plaintiffs' three memoranda in opposition to Federal Defendants' cross-motion for summary

11   judgment, not to exceed twenty (20) pages.

12   Dated: September 3, 2014

13

14

15   Troy L. Nunley
     United States District Judge

16

17

18

19

20

21

22

23