1  **PERKINS COIE** LLP
   JOSHUA A. REITEN (No. 238985)
2  JReiten@perkinscoie.com
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA 94111
   Telephone: (415) 344-7000
4  Facsimile: (415) 344-7050

5  JENA A. MACLEAN (*pro hac vice*)
   JMacLean@perkinscoie.com
6  BENJAMIN S. SHARP (*pro hac vice*)
   BSharp@perkinscoie.com
7  JAMES O. BICKFORD (*pro hac vice*)
   JBickford@perkinscoie.com
8  700 Thirteenth Street, N.W., Suite 600
   Washington, D.C. 20005
9  Telephone: (202) 654-6200
   Facsimile: (202) 654-6211

10

11 Attorneys for Plaintiffs Citizens for a Better
   Way, Stand Up For California!, Grass Valley
12 Neighbors, William F. Connelly, James M.
   Gallagher, Andy Vasquez, Dan Logue, Robert
13 Edwards, and Roberto's Restaurant

14                 UNITED STATES DISTRICT COURT

15                 EASTERN DISTRICT OF CALIFORNIA

16

17 CACHIL DEHE BAND OF WINTUN         CASE NO. 2:12-CV-03021-TLN-AC
   INDIANS OF THE COLUSA INDIAN
   COMMUNITY, a federally recognized Indian   **ORDER AMENDING STIPULATION**
18 Tribe,                                     **AND ORDER FOR FURTHER**
                                              **PROCEEDINGS**
19         *Plaintiff,*

20     v.

21 S.M.R. JEWELL, Secretary of the Interior, *et
   al.,*
22
           *Defendants.*

23 UNITED AUBURN INDIAN COMMUNITY
   OF THE AUBURN RANCHERIA,
24
           *Plaintiff,*
25
       v.
26
   S.M.R. JEWELL, Secretary of the Interior, *et
27 al.,*
           *Defendants.*
28

ORDER AMENDING STIPULATION AND ORDER FOR FURTHER PROCEEDINGS
CASE NO. 2:12-CV-03021-TLN-AC

CITIZENS FOR A BETTER WAY, *et al.*,

        *Plaintiffs*,

    v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, *et al.*,

        *Defendants*.

### ORDER

      The Court hereby modifies its earlier orders of January 30, 2013 and March 4, 2013. Enterprise is hereby **ORDERED** to provide plaintiffs and the Court with at least 60 days' notice prior to commencing any activity at the Proposed Site that goes beyond the scope of or is inconsistent with the terms of Enterprise's recent Notice of Construction Activity, including any construction activity outside of the outlines of the road to the noticed Class II facility and the parking lot as depicted on the map attached to Enterprise's Notice, any water, sewer or other utility hookups, and any construction of permanent fixtures, structures, or infrastructure.

Dated:  July 13, 2015

                                                _____

                                            Troy L. Nunley
                                            United States District Judge

ORDER AMENDING STIPULATION AND ORDER FOR FURTHER PROCEEDINGS
CASE NO. 2:12-CV-03021-TLN-AC