UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR A BETTER WAY, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>            Defendant. | No. 2:12-cv-03021-TLN-AC<br><br>**NOTICE OF RELATED CASE ORDER** |
| THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA OF CALIFORNIA,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA,<br>            Defendant. | No. 2:14-cv-01939-TLN-CKD |
| CAL-PAC RANCHO CORDOVA, LLC, dba PARKWEST CORDOVA CASINO, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>            Defendant. | No. 2:16-cv-02982-KJM-KJN |

1

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a). The actions involve the same parcel of land, the same questions of fact and similar questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge. No consolidation of the actions is affected. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

The Court declines to exercise its discretion and relate cases numbered 1:15-cv-00419-AWI-SAB, 1:16-cv-00950-AWI-EPG, 1:16-cv-01908-AWI-EPG, and 1:16-cv-02681-AWI-EPG. These cases involve a separate parcel of land in Madera County. While these cases may be affected by the outcome in case number 2:16-cv-02982, it is not the Court's practice nor the purpose of Local Rule 123 to relate all cases that may be affected by the outcome in another case. This is especially true where the cases at issue do not have the specified indicia of relatedness under Local Rule 123(a).

IT IS THEREFORE ORDERED that the actions denominated 2:14-cv-01939-TLN-CKD and 2:16-cv-02982-KJM-KJN, are hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Allison Claire for all further proceedings. Any dates currently set in the reassigned cases only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:14-cv-01939-TLN-AC and 2:16-cv-02982-TLN-AC.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue.

Dated: May 11, 2017

Troy L. Nunley
United States District Judge